**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES FOR THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, TRUSTEES OF THE NEW YORK CITY
CARPTENTERS RELIEF AND CHARITY FUND,
CARPENTER CONTRACTOR ALLIANCE OF
METRO PO LI CAN NEW YORK, and of NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS,

|  |  |
|---|---|
| Petitioners, | 22 **CIVIL** 193 (PAE) |
| -against- | **JUDGMENT** |

CORNERSTONE CARPENTRY LIMITED d/b/a
CORNERSTONE CARPENTRY,
                                    Respondent.
------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 12, 2022, the Award is confirmed in favor of

petitioners and judgment is entered in the amount of $9,500.00, plus post-judgment interest

pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
            April 12, 2022

                                    **RUBY J. KRAJICK**
                        _____
                                    **Clerk of Court**
                        **BY:**    K. Mango
                        _____
                                    **Deputy Clerk**