UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO.9 PAINTING INDUSTRY INSURANCE
FUND and TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING INDUSTRY
ANNUITY FUND and DISTRICT COUNCIL
NO. 9 INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, A.F.L.-C.I.O.,
         Petitioners,

      22 **CIVIL** 193 (PAE)

    -against-

      **AMENDED JUDGMENT**

PAL AMG A/K/A PAL AMG INC.,
         Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion & Order dated April 21, 2022, the Court has confirmed the Award in favor petitioners and judgment is entered in the amount of $9,500.00, plus post-judgment interest pursuant to 28 U.S.C. 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
    April 25, 2022

                     **RUBY J. KRAJICK**

                     **Clerk of Court**
         BY:

                     **Deputy Clerk**